No. 618. MOTOR WHEEL CORP. *v.* RUBSAM CORPORATION.

December 20, 1937. Dismissed on motion of counsel for the petitioner. *Messrs. Drury W. Cooper* and *Carroll R. Taber* for petitioner. No appearance for respondent.

No. 804 (October Term 1936). RAILROAD COMMISSION OF CALIFORNIA ET AL. *v.* PACIFIC GAS & ELECTRIC CO. October 11, 1937. The petition for rehearing in this case is granted and the case is restored to the docket and assigned for reargument. *Mr. Ira H. Rowell* for appellants. *Messrs. Warren Olney, Jr., Allan P. Matthew,* and *Robert L. Lipman* for appellee.

No. 163. BRADY *v.* TERMINAL RAILROAD ASSN. See *ante,* p. 678.